1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | MICHAEL O BULLOCK,                    No.  2:13-cv-2634 AC P

12  |              Petitioner,

13  |       v.                              ORDER

14  | CONNIE GIPSON,

15  |              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254.

19        The application attacks a conviction issued by the Los Angeles County Superior Court.

20  While both this court and the United States District Court in the district where petitioner was

21  convicted have jurisdiction, Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and

22  all witnesses and evidence necessary for the resolution of petitioner's application are more readily

23  available in Los Angeles County.  See 28 U.S.C. § 2241(d); see also Braden, 410 U.S. at 499

24  n.15.

25  ////

26  ////

27  ////

28  ////

                                              1

1     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2     This matter is transferred to the United States District Court for the Central District of
3 California.

4 DATED: January 2, 2014

                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE